CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-0895 (JDB) |
| | ) | |
| MONARCH INDUSTRIES, INC. | ) | Category     M |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>May 30, 2008</u> from <u>Judge James Robertson</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Randomly reassigned)

                                                    JUDGE ELLEN S. HUVELLE
                                                    Chair, Calendar and Case
                                                    Management Committee

cc:    <u>Judge Robertson</u> & Courtroom Deputy
        <u>Judge Bates</u> & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk