UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-00895 (JR) |
| | ) |
| MONARCH INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S LOCAL CIVIL RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Monarch Industries, Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Monarch Industries, Inc., which have any outstanding securities in the hands of the public:

> PM Industries, Inc.
> Paramount Restaurant Supply Corporation
> Columbus Fixture Solutions LLC
> Monarch Industries Rhode Island LLC
> Monarch Industries Waterbury LLC
> Q Graphics LLC

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

____/s/_____
Nick R. Hoogstraten
D.C. Bar No. 413045
Peckar & Abramson, P.C.
Two Lafayette Centre, Suite 500
1133 21st Street, N.W.
Washington, D.C. 20036
Tel: (202) 293-8815
Fax: (202) 293-7994

1