UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:08-cv-00895 (JR) |
| | ) |
| MONARCH INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Nick R. Hoogstraten, a member in good standing of the Bars of the District of Columbia and the United States District Court for the District of Columbia, hereby moves this Court for an order granting leave to Christopher H. Little, Esquire to appear and practice before this Court *pro hac vice* in the above-captioned matter.

In support of this motion, attached is a Declaration by the non-member, Christopher H. Little, as required by Local Rule 83.2(d).

Respectfully submitted,

____/s/_____
Nick R. Hoogstraten
D.C. Bar No. 413045
Peckar & Abramson, P.C.
Two Lafayette Centre, Suite 500
1133 21st Street, N.W.
Washington, D.C. 20036
Tel: (202) 293-8815
Fax: (202) 293-7994

Counsel for Defendant

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00895 (JR) |
| ) | |
| MONARCH INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF CHRISTOPHER H. LITTLE IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Christopher H. Little, do hereby declare as follows:

1. I am an attorney with the firm of Little Medeiros Kinder Bulman & Whitney, P.C. My office address is 72 Pine Street, Providence, RI 02903. My office telephone number is (401) 272-8080.

2. I have been admitted to the following bars: District of Columbia - 1975 (currently inactive), Rhode Island (1976), Massachusetts (1985), United States District Court for the District of Rhode Island (1976), United States District Court for the District of Massachusetts (1985).

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2008

_____
Christopher H. Little

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00895 (JR) |
| ) | |
| MONARCH INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the Court on the Motion for Leave to Appear *Pro Hac Vice* filed by Nick R. Hoogstraten, and the Court having found that good cause exists for granting said Motion, it is this _____ day of July, 2008 hereby

ORDERED, that the Motion be and hereby is GRANTED, and further

ORDERED, that leave is granted to Christopher H. Little to appear *pro hac vice* in the above-captioned action as co-counsel for Defendant with Nick R. Hoogstraten.

_____
JAMES ROBERTSON
United States District Court Judge

1