UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC.<br>6720 N. Scottsdale Road, Suite 300<br>Scottsdale, Arizona 85008<br><br>Plaintiff,<br><br>v.<br><br>MONARCH INDUSTRIES, INC.<br>99 Main Street<br>Warren, Rhode Island 02885<br><br>Defendant. | Civil Action No.: 1:08-00895 (JDB) |

## **REPLY TO COUNTERCLAIM**

Plaintiff, Hunt Construction Group, Inc. ("Hunt"), by its undersigned counsel, files this Reply to the Counterclaim of Defendant, Monarch Industries, Inc. ("Monarch") and alleges as follows:

1. Hunt denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Counterclaim and therefore denies them.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Hunt admits that the Project was delayed from the very beginning. Hunt further admits that some of the Project delays were not caused by Monarch. Hunt denies the remaining allegations contained in paragraph 7 of the Counterclaim.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Hunt admites that it provided punchlists to Monarch and other subcontractors. Hunt denies the remaining allegations contained in paragraph 14 of the Counterclaim.

15. Denied.

16. Denied.

17. Hunt admits that it rejected Monarch's requests. Hunt denies that those requests constituted a "claim" under the terms and conditions of the Subcontract and denies that those requests were valid. Hunt denies all remaining allegations contained in paragraph 17 of the Counterclaim.

18. Denied.

19. Hunt admits that it has paid Monarch $1,144,236. Hunt denies the remaining allegations contained in paragraph 19 of the Counterclaim.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

DC #455715 v1

24. Denied.

## AFFIRMATIVE DEFENSES

1. Monarch's claims are barred by the doctrine of release.

2. Monarch's claims are barred by the doctrine of waiver.

3. Monarch's claims are barred by the doctrine of estoppel.

4. Monarch's claims are barred by the doctrine of accord and satisfaction.

5. Monarch's claims are barred because it has failed to follow the Subcontract requirements.

6. Monarch's claims are barred because it delayed itself in the performance of its work.

7. Monarch's claims are barred because it failed to coordinate its work thereby adversely affecting its own performance.

8. Monarch has failed to state a claim upon which relief may be granted.

9. Monarch's claims are barred by its failure to submit a claim in accordance with the terms of Section 21 of its Subcontract.

10. Monarch's claims are barred by its failure to mitigate damages.

11. Monarch's claims are barred by the absence of conditions precedent set forth in the Subcontract.

12. Monarch's claims are barred by laches.

13. Monarch's claims are barred because it failed to properly staff the project and failed to bring the proper equipment to the site.

14. Monarch's claims are barred because it materially breached the Subcontract.

15. Monarch's claims are time barred.

16. Monarch's claims are barred by the doctrine of recoupment.

DC #455715 v1

WHEREFORE, Plaintiff Hunt respectfully requests that the Court dismiss Monarch's Counterclaim, with prejudice, that Hunt be awarded its costs and expenses, including reasonable attorneys' fees, in defending this counterclaim, and such other relief as the Court deems proper.

Dated:  July __, 2008                           Respectfully submitted,

                                                _____
                                                David T. Dekker
                                                Jeffrey R. Gans
                                                Michael S. McNamara (Bar #493773)
                                                THELEN REID BROWN RAYSMAN & STEINER, LLP
                                                701 Eighth Street, N.W.
                                                Washington, D.C.  20001
                                                Telephone:     (202) 508-4000
                                                Facsimile:     (202) 508-4321

OF COUNSEL:

José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road
Suite 300
Scottsdale, Arizona  85008
Telephone:  (480) 368-4740
Facsimile:   (480) 368-4745

*Counsel for Hunt Construction Group, Inc.*