UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC.<br>6720 N. Scottsdale Road, Suite 300<br>Scottsdale, Arizona 85008<br><br>            Plaintiff,<br><br>    v.<br><br>MONARCH INDUSTRIES, INC.<br>99 Main Street<br>Warren, Rhode Island 02885<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:08-00895 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Hunt Construction Group, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hunt Construction Group, Inc. which have any outstanding securities in the hands of the public.

   Hunt Construction Group, Inc. is wholly owned by the Hunt Corporation, a privately held corporation. Accordingly, no publicly held corporation owns 10% or more of Hunt's stock.

These representations are made in order that judges of this court may determine the need for recusal.


Dated:  July 2, 2008                              Respectfully submitted,

                                                  _____/s/_____
                                                  *Attorney of Record for Hunt Construction Group, Inc.*
                                                  David T. Dekker
                                                  Jeffrey R. Gans
                                                  Michael S. McNamara (Bar #493773)
                                                  THELEN REID BROWN RAYSMAN & STEINER, LLP


DC #455722 v1

        701 Eighth Street, N.W.
        Washington, D.C. 20001
        Telephone:   (202) 508-4000
        Facsimile:   (202) 508-4321

OF COUNSEL:

José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road
Suite 300
Scottsdale, Arizona 85008
Telephone: (480) 368-4740
Facsimile: (480) 368-4745

*Counsel for Hunt Construction Group, Inc.*

2

DC #455722 v1