IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC. )
        Plaintiff, )
)
v. ) Civil Action No. 08-00895 (JDB)
)
MONARCH INDUSTRIES, INC., )
)
        Defendant. )

### NOTICE OF APPEARANCE

Please enter the appearance of Laura A. Kamas, Esq. (Bar No. 499837) as attorney for Hunt Construction Group, Inc. in this action. Ms. Kamas is a member of the Bar of the United States District Court for the District of Columbia and an attorney with Thelen Reid Brown Raysman & Steiner, LLP, 701 Eighth Street, NW, Washington DC, 20001. Ms. Kamas's telephone number is (202) 508-4296 and her fax number is (202) 654-3330.

August 14, 2008                    Respectfully submitted,

/s/ Laura A. Kamas
Laura A. Kamas
Bar No. 499837
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, DC 20001
T: (202) 508-4296
F: (202) 654-3330
lkamas@thelen.com

DC #477527 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2008, a copy of the forgoing was served to electronically via the CM-ECF System and via first-class mail to:

>Nick R. Hoogstraten, DC Bar No. 413045
>PECKAR & ABRAMSON, P.C.
>Two Lafayette Centre
>1133 21st Street, NW
>Suite 500
>Washington, DC 20036
>T: (202) 293-8815
>F: (202) 293-7994
>
>Christopher H. Little, Esq., *Pro Hac Vice*
>Little Medeiros Kinder Bulman & Whitney, P.C.
>72 Pine Street
>Providence, RI 02903
>T: (401) 272-8080
>F: (401) 521-35555
>
>Attorneys for Defendant
>MONARCH INDUSTRIES, INC.

>         /s/ Laura A. Kamas
>         Laura A. Kamas