IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>v. )<br>　　　　　　　　　　　　　　 )<br>MONARCH INDUSTRIES, INC., )<br>　　　　　　　　　　　　　　 )<br>　　　　　Defendant. ) | Civil Action No. 08-00895 (JDB) |

### JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Defendant, Monarch Industries, Inc. ("Monarch") and Hunt Construction Group, Inc. ("Hunt"), submit the following report:

　　　　1.　　Monarch is unable to evaluate whether this case may be disposed of by dispositive motion until it conducts factual discovery. Hunt believes Monarch's claims can be resolved, at least in part, by dispositive motion.

　　　　2.　　The parties believe that any motion to amend the pleadings or join any other party should be filed within 30 days of the date of the Court's pre-trial scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed during discovery.

　　　　3.　　The parties do not wish to have this case referred to a Magistrate Judge for trial.

　　　　4.　　The parties believe that there is a possibility that the case can be settled.

　　　　5.　　The parties believe this case could benefit from the Court's ADR procedures.

DC #477768 v1

6. Monarch is unable to evaluate whether this case may be disposed of by dispositive motion until it conducts factual discovery. Hunt believes Monarch's claims can be resolved, at least in part, by dispositive motion. The parties propose the following motion briefing schedule: Dispositive motions should be filed not later than 30 days after the close of fact discovery; opposing memoranda, if any, should be filed within 30 days thereafter; and reply briefs, if any, should be filed within 15 days thereafter.

7. The parties agree to dispense with the service of initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that a discovery end date of March 2, 2009 is appropriate for this case based upon the legal and factual issues raised in the case.

9. The parties believe that expert exchange should occur on April 2, 2009 with expert depositions concluding by May 4, 2009.

10. Not applicable (as to class actions).

11. The parties do not believe it is necessary to bifurcate or manage in phases the discovery or trial phase of this case.

12. The parties believe the date of the pretrial conference should be scheduled within 15 days of the close of expert discovery.

13. The parties believe the Court should set a firm trial date at the pretrial conference.

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

                                                Attorneys for Defendant
                                                MONARCH INDUSTRIES, INC.

Date: August 15, 2008                  By: __/s/_____
                                                Nick R. Hoogstraten, (DC Bar #413045)
                                                PECKAR & ABRAMSON, P.C.
                                                Two Lafayette Centre
                                                1133 21st Street, NW
                                                Suite 500
                                                Washington, DC 20036
                                                T: (202) 293-8815
                                                F: (202) 293-7994

Date: August 15, 2008                  By: __/s/_____
                                                Christopher H. Little, Esq., *Pro Hac Vice*
                                                Little Medeiros Kinder Bulman & Whitney, P.C.
                                                72 Pine Street
                                                Providence, RI 02903
                                                T: (401) 272-8080
                                                F: (401) 521-35555

                                                Attorneys for Plaintiff
                                                HUNT CONSTRUCTION GROUP, INC.

Date: August 15, 2008                  By: __/s/_Laura A. Kamas_____
                                                David T. Dekker (DC Bar #358173)
                                                Jeffrey R. Gans (DC Bar #452332)
                                                Michael S. McNamara (DC Bar #493773)
                                                Laura A. Kamas (DC Bar #499837)
                                                THELEN REID BROWN RAYSMAN & STEINER, LLP
                                                701 Eighth Street, N.W.
                                                Washington, D.C. 20001
                                                Telephone: (202) 508-4227
                                                Facsimile: (202) 654-1854

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2008 a copy of the foregoing Joint Rule 16.3 Report was served by U.S. mail and by electronic mail via the court's electronic case filing system on:

>Nick R. Hoogstraten
>PECKAR & ABRAMSON, P.C.
>Two Lafayette Centre
>1133 21st Street, NW
>Suite 500
>Washington, DC 20036

And by U.S. Mail on:

>Christopher H. Little, Esq.
>Little Medeiros Kinder Bulman & Whitney, P.C.
>72 Pine Street
>Providence, RI 02903
>
>*Counsel for Defendant Monarch Industries, Inc.*

/s/
Laura A. Kamas