IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC.<br>  Plaintiff,<br><br>v.<br><br>MONARCH INDUSTRIES, INC.,<br>  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 08-00895 (JDB)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

Pursuant to LCvR 16.3(d) Plaintiff Hunt Construction Group, Inc. and Defendant Monarch Industries, Inc. jointly submit the attached Proposed Scheduling Order.

                                              Attorneys for Plaintiff
                                              HUNT CONSTRUCTION GROUP, INC.

Date: August 18, 2008

                                              By: __/s/ Laura A. Kamas_____
                                              David T. Dekker (DC Bar #358173)
                                              Jeffrey R. Gans (DC Bar #452332)
                                              Michael S. McNamara (DC Bar #493773)
                                              Laura A. Kamas (DC Bar #499837)
                                              THELEN REID BROWN
                                              RAYSMAN & STEINER, LLP
                                              701 Eighth Street, N.W.
                                              Washington, D.C. 20001
                                              Telephone:  (202) 508-4227
                                              Facsimile:   (202) 654-1854

                                              Attorneys for Defendant
                                              MONARCH INDUSTRIES, INC.

Date: August 18, 2008                By: __/s/_____
                                              Nick R. Hoogstraten, (DC Bar #413045)

> PECKAR & ABRAMSON, P.C.
> Two Lafayette Centre
> 1133 21st Street, NW
> Suite 500
> Washington, DC 20036
> T: (202) 293-8815
> F: (202) 293-7994

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2008 a copy of the foregoing was served by U.S. mail and by electronic mail via the court's electronic case filing system on:

> Nick R. Hoogstraten
> PECKAR & ABRAMSON, P.C.
> Two Lafayette Centre
> 1133 21st Street, NW
> Suite 500
> Washington, DC 20036

And by U.S. Mail on:

> Christopher H. Little, Esq.
> Little Medeiros Kinder Bulman & Whitney, P.C.
> 72 Pine Street
> Providence, RI 02903
>
> *Counsel for Defendant Monarch Industries, Inc.*

_____/s/_____
Laura A. Kamas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-00895 (JDB) |
| ) | |
| MONARCH INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the Joint Report Under Local Rule 16.3 submitted by Plaintiff Hunt Construction Group, Inc. ("Hunt") and Defendant Monarch Industries, Inc. ("Monarch"), by counsel, and pursuant to the provisions of LCvR 16.3 and Fed. R. Civ. P. 26(F), it is hereby,

**ORDERED**, that the parties shall abide by the discovery procedures as set forth in the Federal Rules of Civil Procedure and the Local Rules of The United States District Court for the District of Columbia,

**FURTHER ORDERED**, that the following schedule shall control the conduct of this case:

| Event | Deadline |
|---|---|
| Fact Witness Depositions May Commence | October 1, 2008 |
| Deadline for Joinder of Parties/ Amendment of Pleadings Deadline | 30 days after entry of Scheduling Order |
| Close of fact discovery | March 2, 2009 |
| Expert Witness Disclosures (per Fed.R.Civ.Pro. 26(a)(2) and LCvR 16.3) | April 2, 2009 |
| Opposition Expert Witness Disclosures | April 16, 2009 |

DC #477770 v1

| | |
|---|---|
| Reply Expert Witness Disclosures | April 27, 2009 |
| Expert Witness Depositions Commence | April 4, 2009 |
| Close of Expert Discovery | May 4, 2009 |
| Deadline for Dispositive Motions | April 2, 2009 |
| Response to Dispositive Motions | May 1, 2009 |
| Reply to Dispositive Motions | May 15, 2009 |
| Joint Final Pretrial Order | May 20, 2009 |
| Pretrial Conference Requested by the Parties on or after | May 20, 2009 |
| Trial Date Requested by the Parties on or after | June 10, 2009 |

**SO ORDERED.**

Dated: _____, 2008

                                                            JOHN D. BATES
                                        United State District Judge

DC #477770 v1