UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNT CONSTR. GROUP, INC.,**<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**MONARCH INDUS., INC.,**<br><br>　　　Defendant. | Civil Action No. 08-00895 (JDB) |

### SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1.　The deadline for joinder of parties or amendment of pleadings is September 20, 2008.

2.　Fact discovery shall close by not later than March 2, 2009. Fact witness depositions may commence beginning on October 1, 2008.

3.　Expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by not later than April 2, 2009. Opposition expert disclosures are due by not later than April 16, 2009. Reply expert disclosures are due by not later than April 27, 2009.

4.　Expert witness depositions may commence beginning April 4, 2009. Expert discovery shall close by not later than May 4, 2009.

5.　Dispositive motions shall be filed by not later than April 2, 2009. Responses thereto shall be filed by not later than May 1, 2009. Replies thereto shall be filed by not later than May 20, 2009.

6.  A status conference is scheduled for October 21, 2008 at 9:00 a.m.

**SO ORDERED**.

/s/ John D. Bates<br>
JOHN D. BATES<br>
United States District Judge

Date: August 20, 2008